UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SOLANO, et al.,<br><br>Defendants. | No. 2:21-cv-0332-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the June 25, 2021 findings and recommendations.

Plaintiff's request (ECF No. 13) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: July 14, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE