UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SOLANO, et al.,<br><br>Defendants. | No. 2:21-cv-0332-KJM-EFB P<br><br><br><br>ORDER |

This civil rights action was closed on September 28, 2021. ECF No. 22. On the same day, plaintiff filed an "order to show cause." ECF No. 26. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: October 5, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE